NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

VALENTI LAW APC
Matt Valenti, Esq., (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

CLEAR FORM

ATTORNEY(S) FOR: PLAINTIFF HALEY RODRIGUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HALEY RODRIGUEZ

Plaintiff(s),

v.

CHRONIC TACOS ENTERPRISES, INC.; and DOES 1-10,

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for HALEY RODRIGUEZ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HALEY RODRIGUEZ | Plaintiff |
| CHRONIC TACOS ENTERPRISES, INC. | Defendant |

October 28, 2026
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):

HALEY RODRIGUEZ